

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-22-00314-CR

**EX PARTE OTIS GREER**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR3010W-W4
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

On July 27, 2022, appellant filed a motion for rehearing. After consideration, we **deny** the motion. *See* TEX. R. APP. P. 49.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court